```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-04321-JJT
Stephanie Kay Krupin                                                    Chapter 13
       Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman            Page 1 of 1           Date Rcvd: Nov 15, 2018
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db             +Stephanie Kay Krupin,   3545 High Crest Rd.,   Canadensis, PA 18325-7722
cr             +Hamlet Property Owners Association,   P.O. Box 866,   Moscow, PA 18444-0866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    RESIDENTIAL CREDIT OPPORTUNITIES TRUST II
               bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Creditor    Hamlet Property Owners Association
               jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| STEPHANIE KAY KRUPIN, | : | CASE NO. 18-4321-JJT |
|     DEBTOR(S) | : | CHAPTER 13 |
| HAMLET PROPERTY OWNERS ASSOCIATION, | : | |
|     PLAINTIFF, | : | |
| VS. | : | |
| STEPHANE KAY KRUPIN AND CHARLES DEHART, III. CH 13 TRUSTEE, | : | Motion for Relief |
|     DEFENDANTS. | : | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from the Automatic Stay of Hamlet Property Owners Association, it is

**ORDERED,** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 is modified with respect to Hamlet Property Owners Association and it's state court litigation for Injunctive Relief to enforce its restrictive covenants regarding the real property located at 3545 High Crest Road, Canadensis, PA 18325.

Dated: November 14, 2018      By the Court,

_____
John J. Thomas, Bankruptcy Judge PR