```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                        Case No. 18-04321-JJT
Stephanie Kay Krupin                                          Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman         Page 1 of 2         Date Rcvd: Dec 18, 2018
                              Form ID: ntcnfhrg       Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
```
db          +Stephanie Kay Krupin,    3545 High Crest Rd.,    Canadensis, PA 18325-7722
cr          +Hamlet Property Owners Association,    P.O. Box 866,    Moscow, PA 18444-0866
5118421     +1st National Bank Of Omaha,    Po Box 3412,    omaha NE 68103-0412
5135590     +Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
              8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437-1118
5118422     +Akron Billing Center,    3585 Ridge Park Drive,    Akron OH 44333-8203
5134023     +BSI Financial Services,    1425 Greenway Drive, #400,    Irving, TX 75038-2480
5139460     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5118427     +Chase Card,    Po Box 15298,    Wilmington DE 19850-5298
5118428     +Citi Cards/citibank,    Po Box 6241,    Sioux Falls SD 57117-6241
5118429     +Citizens Auto Finance,    480 Jefferson Blvd,    Warwick RI 02886-1359
5118430      County Of Monroe Twp Of Price,    Po Box 141188,    Janice A Cabral Tax Collector,
              E Stroudsburg PA 18301
5118431     +E Stroud Sd/ Price Twp Sd Tax,    1 Quaker Plaza,    Room 102,    Stroudsburg PA 18360-2141
5136457      Emergency Physician Associate of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
5118432     +Exxnmobil/cbna,    Po Box 6497,    Sioux Falls SD 57117-6497
5118433     +Fsb Blaze,    Po Box 5096,    Sioux Falls SD 57117-5096
5118434     +Hamlet Property Owners Assoc,    Po Box 687,    C/o Preferred Management,    Moscow PA 18444-0687
5118435     +Suburban Ems Inc.,    Po Box 3339,    Palmer PA 18043-3339
5118436     +Sunrise Credit Services,    234 Airport Plaza Blvd,    Ste 4,    Farmingdale NY 11735-3938
5118437     +Syncb/mrvl,    Po Box 965022,    Orlando FL 32896-5022
5118439     +Thd/cbna,    Po Box 6497,    Sioux Falls SD 57117-6497
5118442     +Unique Management Services,    Eastern Monroe Public Library,    1002 N. Nineth St,
              Stroudsburg, PA 18360-1210
5118440     +Vfs Xanthos, Llc,    18451 N. Dallas Parkway,    Ste 100,    Dallas TX 75287-5209
5138308      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
5118441     +Wf Crd Svc,    Po Box 14517,    Des Moines IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5140779     +E-mail/Text: g20956@att.com Dec 18 2018 19:27:22     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
5118423     +E-mail/Text: banko@acsnv.com Dec 18 2018 19:27:18     Allied Collection Svcs,
              3080 S. Durango Drive,    Las Vegas NV 89117-9193
5118424     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2018 19:36:08      Capital One,
              Po Box 30285,    salt Lake City UT 84130-0285
5121835      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2018 19:36:08
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5138203      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2018 19:35:04      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5123198     +E-mail/Text: MKnitter@monroecountypa.gov Dec 18 2018 19:27:12
              Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
5140376      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 19:35:35
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5140590      E-mail/Text: appebnmailbox@sprint.com Dec 18 2018 19:27:00     Sprint Corp,
              Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
5118438     +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:34:54      Synchrony Bank/walmart,
              Po Box 965024,    Orlando FL 32896-5024
                                                                                               TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
5118426*    +Capital One,    Po Box 30285,    Salt Lake City UT 84130-0285
5118425*    +Capital One,    Po Box 30285,    Salt Lake City UT 84130-0285
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    RESIDENTIAL CREDIT OPPORTUNITIES TRUST II
           bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Creditor    Hamlet Property Owners Association
           jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
           1@notify.bestcase.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephanie Kay Krupin,

**Debtor 1**

Chapter 13

Case No. 5:18−bk−04321−JJT

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 29, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 5, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2018 |

ntcnfhrg (03/18)