```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 18-04321-JJT
Stephanie Kay Krupin                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: PRadginsk        Page 1 of 1         Date Rcvd: Jan 11, 2019
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db             +Stephanie Kay Krupin,    3545 High Crest Rd.,    Canadensis, PA 18325-7722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    VFS Xanthos, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    RESIDENTIAL CREDIT OPPORTUNITIES TRUST II
               bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Creditor    Hamlet Property Owners Association
               jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE KRUPIN, | : | |
| DEBTOR | : | BANKRUPTCY NO. 5:18-BK-04321 JJT |
| VFS XANTHOS, LLC, | : | |
| MOVANT | : | {Motion for Relief from Stay Doc. #31} |
| v. | : | |
| STEPHANIE KRUPIN AND CHARLES DEHART, TRUSTEE | : | |
| RESPONDENTS | : | |

# ORDER

Upon consideration of the request to continue filed by Stephanie Krupin at Doc. #33, it is hereby ORDERED that said request is granted. The continued hearing will be held on February 5, 2019 at 9:30 am, Bankruptcy Courtroom No. 2, 197 S. Main St., Wilkes-Barre, PA 18701. The automatic stay shall remain in effect pending the conclusion of the continued hearing.

Dated: January 11, 2019

By the Court,

John J. Thomas, Bankruptcy Judge (PR)