UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: STEPHANIE KAY KRUPIN | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| VFS XANTHOS, LLC | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| STEPHANIE KAY KRUPIN | : | |
| Debtor | : | |
| | : | |
| and | : | CASE NO. 5-18-bk-04321-JJT |
| | : | |
| CHARLES J. DEHART, III, ESQUIRE | : | |
| STANDING CHAPTER 13 TRUSTEE | : | ANSWER TO MOTION FOR RELIEF |

## ORDER

AND NOW, upon consideration of Movant's Motion for Relief from the Automatic Stay and Trustee's response thereto,

IT IS HEREBY ORDERED that the Motion is denied.