```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 18-04321-RNO
Stephanie Kay Krupin                                             Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: CStefano            Page 1 of 1             Date Rcvd: Feb 13, 2019
                             Form ID: ortext           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
db             +Stephanie Kay Krupin,   3545 High Crest Rd.,   Canadensis, PA 18325-7722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    VFS Xanthos, LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    RESIDENTIAL CREDIT OPPORTUNITIES TRUST II
               bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Creditor    Hamlet Property Owners Association
               jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephanie Kay Krupin,            Chapter: 13

**Debtor 1**            Case number: 5:18−bk−04321−RNO

## ORDER

Order Reassigning Case to Chief Judge Robert N. Opel II in the furtherance of judicial administration. /s/Robert N. Opel, II (Stefano, Carol)

Order Text Entries (Form ortext) (5/18)